UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Christopher G. Machado

    v.                              Civil No. 10-cv-256-SM

Weare Police Department, et al.

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $13.57 is due no later than August 2, 2010.  In addition, 20% of each preceding month's income credited to plaintiff's account shall be remitted by the NH State Prison, NCF Berlin, when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for in forma pauperis has been granted.

    **SO ORDERED.**

_____
Landya B. McCafferty
United States Magistrate Judge

Date: July 2, 2010

cc:    Christopher G. Machado
        Bonnie S. Reed, Financial Administrator
        NH State Prison, NCF Berlin, Inmate Accounts