UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Christopher G. Machado</u>

v.                            Case No. 10-cv-256-SM

<u>Weare Police Department, et al.</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated December 6, 2010, for the reasons set forth therein. Plaintiff's complaint is hereby dismissed.

SO ORDERED.

December 30, 2010

_____
Steven J. McAuliffe
Chief Judge

cc:    Christopher G. Machado, pro se